UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES A. LEE JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV411-001 |
| | ) | |
| THE STATE OF GEORGIA; | ) | |
| ALEX MARKOWITZ, | ) | |
| Bacon County District Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

# REPORT AND RECOMMENDATION

Proceeding *pro se* but using no form complaint, James A. Lee, Jr. filed this "civil action" on January 6, 2011. Doc. 1. Because he accompanied it with no filing fee or motion to proceed *in forma pauperis* ("IFP"), the Clerk sent him a deficiency notice that day. The notice directed Lee to submit the filing fee or an IFP motion by January 27, 2011. *Id.* He did not comply and has apparently abandoned his claim. Accordingly, this case should be **DISMISSED WITHOUT**

**PREJUDICE** for failure to pay the filing fee or move to proceed IFP. *See* 28 U.S.C. § 1914(a).

**SO REPORTED AND RECOMMENDED** this  3rd  day of February, 2011.

                                            UNITED STATES MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT of GEORGIA